IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| CHINA LONDON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 322-037 |
| | ) | |
| WARDEN JERMAIN WHITE; | ) | |
| DEPUTY WARDEN OF SECURITY | ) | |
| VERONICA STEWART; | ) | |
| UNIT MANAGER DENISHA BELLAMY; | ) | |
| CAPTAIN FULLER; SERGEANT | ) | |
| ROBINSON; OFFICER POPE; and | ) | |
| OFFICER MITCHELL, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion and **DISMISSES** from this case Defendants White, Fuller, Pope, Bellamy, Robinson, and Mitchell as well as Plaintiff's official capacity claims for money damages against Defendant Stewart. The case shall proceed against Defendant Stewart as described in the Magistrate Judge's July 22, 2022 Order. (Doc. no. 12.)

SO ORDERED this 29th day of August, 2022, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE