IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

CHINA LONON, )
)
    Plaintiff, )
)
v. ) CV 322-037
)
VERONICA STEWART, )
)
    Defendant. )

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **GRANTS** Defendant's motion to dismiss, (doc. no. 32), and **DISMISSES** this case. The Court **DIRECTS** the Clerk to enter an appropriate judgment and **CLOSE** this case.

SO ORDERED this 21st day of November, 2022, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE